B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Vail Anglers, LLC**  
Debtor

Case No. _____  
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Elk River Ranch<br>2350 Airport Freeway, Suite 160<br>Bedford, TX 76022 | | | | $119,689.68 |
| Yampa Tailwaters Partners<br>Attn: Tonya Palmer<br>PO Box 224<br>Tipton, PA 16684 | | | | $56,890.00 |
| Wells Fargo Business Direct<br>PO Box 348750<br>Sacramento, CA 95834 | | | | $49,618.78 |
| William Wilson<br>2660 East Chase Lane, Suite 100<br>Montgomery, AL 36117 | | | | $48,583.20 |
| Bucking Rainbow High Adventures<br>PO Box 7774832<br>Steamboat Springs, CO 80477 | | | | $37,754.91 |
| Robert Roth<br>29 Hyslop Road<br>Brookline, MA 02445 | | | | $36,352.88 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Vail Anglers, LLC** , Case No. _____
           Debtor                       Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **River Meadows Associates, LLC**<br>5531 Riverside Drive<br>Spruce Creek, PA 16683 | | | | $25,000.00 |
| **Polaris/GE Money Bank**<br>332 Minnesota Street, Suite 610<br>St. Paul, MN 55101 | | | | $19,547.59 |
| **Elkfork Ranch, LLC**<br>c/o Tom Petrie<br>475 17th Street, Suite 1100<br>Denver, CO 80202 | | | | $18,500.00 |
| **Henry Ellis**<br>PO Box 79<br>El Paso, TX 79942 | | | | $18,315.75 |
| **Umpqua Feather Merchants, LLC**<br>594 S Arthur Ave<br>Louisville, CO 80027 | | | | $15,261.21 |
| **Lori Lasher**<br>203 North Fairfield Road<br>Devon, PA 19333 | | | | $9,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Vail Anglers, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Steamboat Fishing Club, LLC**<br>Attn: Jarett & John Duty<br>PO Box 774832<br>Steamboat Springs, CO 80477 | | | | $8,750.00 |
| **Far Bank Enterprises**<br>PO Box 24821<br>Seattle, WA 98124-0821 | | | | $7,934.94 |
| **Chuck Stoner**<br>131 The Point Drive<br>Mooresville, NC 28117 | | | | $5,937.50 |
| **Parentebeard, LLC**<br>Lockbox #7831<br>PO Box 8500<br>Philadelphia, PA 19178-7831 | | | | $5,744.53 |
| **Simms Fishing Products**<br>Dept 2134<br>Denver, CO 80291-2134 | | | | $5,727.97 |
| **Sibb CO, LLC**<br>PO Box 3956<br>Eagle, CO 81631<br>Attn: Steve Conlin | | | | $5,500.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Vail Anglers, LLC**  , Case No. _____
         Debtor                                Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Kinnikinnick Lawn & Garden, Inc. PO Box 770217 3046 Elk River Road Steamboat Springs, CO 80477 | | | | $4,764.75 |
| Colorado Mountain News Media Inc. PO Box 540 Gypsum, CO 81637 | | | | $4,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Donny Beaver, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 9/16/11      Signature: _[signed]_

**Donny Beaver, Manager**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.